[No. 27459-7-I. Division One. June 22, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY HUFFMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-05172-9, Patricia H. Aitken, J., entered December 11, 1990. *Dismissed* by unpublished per curiam opinion.

[No. 27106-7-I. Division One. June 22, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. LUPE FIGUEROA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-01203-1, William L. Downing, J., entered October 17, 1990. *Dismissed* by unpublished per curiam opinion.

[No. 23860-4-I. Division One. June 22, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. MARGARET BARTHOLOMEAUX, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 87-1-05041-2, Robert E. Dixon, J., entered April 7, 1989. *Reversed* by unpublished per curiam opinion.

[No. 26259-9-I. Division One. June 22, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT GEORGE BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-1-06091-1, Liem E. Tuai, J., entered May 7, 1990. *Dismissed* by unpublished per curiam opinion.